## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1698

Assigned/Issued By: j. n.

Judge Name: MANNING

Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                         Receipt #: 2636319

Date Payment Rec'd: 3-24/08              Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                         [ ] Other
[ ] Writ _____            _____
         *(Type of Writ)*                _____
                                         *(Type of issuance)*

2 Original and 0 copies on 3-24-08     as to ALL DEFENDANTS
                        *(Date)*