AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SANDRA CASE, on behalf of plaintiff and the
class defined herein,

|  |  |
|---|---|
| | 08CV1698                    EDA |
| CASE NUMBER: | JUDGE MANNING |
| | MAGISTRATE JUDGE NOLAN |

V.

ASSIGNED JUDGE:

ARROW FINANCIAL SERVICES, LLC and
FREEDMAN ANSELMO LINDBERG &
RAPPE LLC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ARROW FINANCIAL SERVICES, LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

(By) DEPUTY CLERK

**March 24, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE  3/26/08 |
|---|---|
| NAME OF SERVER (PRINT)  Aaron Collard | TITLE  File Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 208 S. LaSalle, Suite 814
Chicago, IL ; R/A authorized employee Dawn Schultz

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/26/08
_____
Date

Signature of Server

120 S. LaSalle St. Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.