AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SANDRA CASE, on behalf of plaintiff and the class defined herein,

V.

ARROW FINANCIAL SERVICES, LLC and
FREEDMAN ANSELMO LINDBERG &
RAPPE LLC.

CASE NUMBER: 08CV1698  EDA
JUDGE MANNING

ASSIGNED JUDGE: MAGISTRATE JUDGE NOLAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

FREEDMAN ANSELMO LINDBERG & RAPPE LLC
1807 W. Diehl Road
Suite 333
Naperville, IL 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

**March 24, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE April 4th, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Robert W. Brindac Jr | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1771 W. Diehl Road, Suite M10 Naperville, Ill. — Served Rob Rappe — Attorney & Partner of Company

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/8
Date

*Signature of Server*

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United states district court northern district of Illinois

| | |
|---|---|
| Sandra Case, on behalf of plaintiff and the class defined herein,<br><br>Plaintiff,<br><br>-Vs-<br>Arrow Finance Services, LLC., and<br>Freedman Anselmo Lindberg & Rappe,<br>Defendant. | Case Number: 08 CV 1698 |

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
6912 Main Street, Suite 10, Downers Grove, IL. 60516
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he made service upon **Freedman Anselmo Lindberg & Rappe, LLC., on April 4th, 2008, at 2:02 p.m., at 1771 W. Diehl Road, Suite # 120, Naperville,**
Illinois as follows:

*Personal Service*:   a.____   By leaving a copy of the

*Adobe Sub-Service:* b.____ By leaving a copy of the                              at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

***Corporate Service***: c.__X__**By leaving a copy of the summons and complaint with Attorney Rob Rappe, partner of the above firm, with the registered agent, officer or agent of the defendant; and** that *Rappe is a male white, approximately 35 years if age, dark brown hair, 5'8 tall, and 165 lbs.*

SUBSCRIBED and SWORN to
before me this _7th_ day
of _April_ 20 _08_

_Frances R Brindac_
NOTARY PUBLIC

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09

Robert W. Brindac Jr.