IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA CASE, on behalf of plaintiff and the class defined herein,<br><br>        Plaintiff,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC and FREEDMAN, ANSELMO LINDBERG & RAPPE LLC,<br><br>        Defendant. | Case No.: 08 CV 1698<br><br>Judge: Manning<br><br>Magistrate Judge Nolan |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Arrow Financial Services, LLC ("Arrow") by its attorneys David M. Schultz and Jennifer W. Weller and for its Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows:

1. On March 24, 2008, Plaintiff filed a complaint purporting to state claims on behalf of a putative class for violations of the Fair Debt Collection Practices Act ("FDCPA") against Arrow.

2. Defendant's responsive pleading is currently due on April 15, 2008.

3. Defense counsel has recently been retained and needs additional time to evaluate and analyze the issues raised in this case.

4. Accordingly, Defendant requests an additional 21 days until May 6, 2008, to answer or otherwise plead to the complaint.

5. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

6307087v1 887262

WHEREFORE, Arrow Financial Services, LLC, respectfully requests that this court grant it an additional 21 days to respond to plaintiff's complaint to on or before May 6, 2008.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Jennifer W. Weller
Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6307087v1 887262