IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| SANDRA CASE, on behalf of plaintiff and the class defined herein, | ) ) ) | |
| Plaintiff, | ) | No. 08 CV 1698 |
| v. | ) ) | Judge: Manning |
| ARROW FINANCIAL SERVICES, LLC and FREEDMAN ANSELMO LINDBERG & RAPPE LLC, | ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Daniel A. Edelman - dedelman@aol.com        EDELMAN, COMBS,
      Cathleen M. Combs - ccombs@aol.com          LATTURNER & GOODWIN, LLC
      James O. Latturner - jlatturner@aol.com     120 South LaSalle Street, 18th Floor
                                                  Chicago, IL 60603
                                                  Phone: 312/739-4200
                                                  Fax: 312/419-0379

**PLEASE TAKE NOTICE** that on **April 22, 2008,** at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Blanche M. Manning or any Judge sitting in his/her stead in Courtroom 2125, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz                                 s/ *Jennifer W. Weller*
Jennifer W. Weller                               Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

## CERTIFICATE OF SERVICE

I hereby certify that on **April 14, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

s/ *Jennifer W. Weller*
Jennifer W. Weller

6307109v1 887262