UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sandra Case, et al.
           Plaintiff,

v.               Case No.: 1:08−cv−01698
              Honorable Blanche M. Manning

Arrow Financial Services, LLC, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: Defendant's unopposed motion for extension of time to answer or otherwise plead [12] is granted. By agreement of the parties, defendant shall answer or otherwise plead to plaintiffs' amended complaint by 5/15/2008. Status hearing set for 5/22/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.