IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA CASE, on behalf of plaintiff and the class defined herein, ) )<br>) | |
| Plaintiff, ) )<br>) | Case No.: 08 CV 1698 |
| v. ) )<br>) | Judge: Manning |
| ARROW FINANCIAL SERVICES, LLC and FREEDMAN, ANSELMO LINDBERG & RAPPE LLC, ) ) ) )<br>) | Magistrate Judge Nolan |
| Defendants. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendants Arrow Financial Services, LLC ("Arrow") and Freedman Anselmo Lindberg & Rappe LLC ("Freedman") by their attorneys David M. Schultz and Jennifer W. Weller and for their Motion for a 7-day Enlargement of Time to Answer or Otherwise Plead to Plaintiffs' Amended Complaint state as follows:

1. Defendant Arrow was granted an initial enlargement of time to file a responsive pleading to the Amended Complaint by May 15, 2008.

2. Defendant Freedman was served with the Amended Complaint on or about April 9, 2008.

3. Defense counsel filed an appearance for Arrow on April 14, 2008.

4. Defendant Freedman has retained the same counsel to represent it in this litigation. Defense counsel is filing an appearance on behalf of Freedman contemporaneously with this motion.

5. Defendants request an additional 7 days to answer or otherwise plead to the Amended Complaint.

6. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

7. Defense Counsel has discussed the additional time with Plaintiff's Counsel and Plaintiff's Counsel has no opposition to the motion.

WHEREFORE, Defendants Arrow Financial Services, LLC and Freedman Anselmo Lindberg & Rappe LLC respectfully request that this court grant them an additional 7 days to respond to plaintiff's complaint to on or before May 22, 2008.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        By: s/Jennifer W. Weller
             Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

2

6307087v2 887262