IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA CASE, on behalf of plaintiff and the class defined herein,<br><br>          Plaintiff,<br>v.<br><br>ARROW FINANCIAL SERVICES, LLC and FREEDMAN ANSELMO LINDBERG & RAPPE LLC,<br><br>          Defendants. | )<br>)<br>)<br>) No. 08 CV 1698<br>)<br>) Judge: Manning<br>)<br>) Magistrate Judge Nolan<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:  Daniel A. Edelman - dedelman@aol.com    EDELMAN, COMBS,
       Cathleen M. Combs - ccombs@aol.com   LATTURNER & GOODWIN, LLC
       James O. Latturner - jlatturner@aol.com  120 South LaSalle Street, 18th Floor
                                                                            Chicago, IL 60603
                                                                                 Phone: 312/739-4200
                                                                                 Fax: 312/419-0379

     **PLEASE TAKE NOTICE** that on **May 22, 2008**, at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Blanche M. Manning or any Judge sitting in his/her stead in Courtroom 2125, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

                                                                                HINSHAW & CULBERTSON LLP

David M. Schultz                                                s/ *Jennifer W. Weller*
Jennifer W. Weller                                             Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6307109v2 887262

## CERTIFICATE OF SERVICE

I hereby certify that on **May 15, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |