IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA CASE and LOIS EHRENBERG, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 1698 |
| vs. | ) ) | Judge Manning |
| ARROW FINANCIAL SERVICES, LLC and FREEDMAN ANSELMO LINDBERG & RAPPE LLC, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Sandra Case and Lois Ehrenberg and Defendants Arrow Financial Services, LLC and Freedman Anselmo Lindberg & Rappe LLC hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendants with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| **SANDRA CASE**<br>**LOIS EHRENBERG** | **ARROW FINANCIAL SERVICES, LLC**<br>**FREEDMAN ANSELMO LINDBERG &**<br>**RAPPE, LLC** |
| By: s/ Francis R. Greene<br>    One of Their Attorneys | By: s/Jennifer W. Weller<br>    One of Their Attorneys |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Francis R. Greene<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago IL 60603<br>(312) 739-4200<br>(312) 419-0379 (fax) | David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>200 N. LaSalle St.<br>Suite 300<br>Chicago, IL 60601<br>(312) 704-3000<br>(312) 704-3001 (Fax) |

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on June 27, 2008, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                                                s/Francis R. Greene
                                                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)