**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sandra Case, et al.

                              Plaintiff,

v.                                                Case No.: 1:08−cv−01698
                                                         Honorable Blanche M. Manning

Arrow Financial Services, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Pursuant to FRCP 41(a)(1), the plaintiffs' individual claims against defendants are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice, with each party to bear its own costs and fees. Status hearing set to 7/1/2008 is hereby stricken.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.